## HAWK *v.* CRAGO.

APPEAL from the *Howard* Court of Common Pleas.

*Per Curiam.*—*Hawk* commenced a suit before a justice, upon a written article of agreement between him and *Crago,* as to the rent of certain lands, and clearing of certain other lands, &c. *Crago* filed an offset. *Hawk* recovered judgment. *Crago* appealed to the Common Pleas Court, and there had a verdict and judgment.

But one point is made in the brief of counsel of appellant, and that is upon the instructions given to the jury.

No error in the instructions has been specially pointed out by counsel, nor was the exception any more satisfactory, as it was general as to all the instructions. *Garrigus* v. *Burnett,* 9 Ind. R. 528.

The judgment is affirmed with 5 per cent. damages and costs.

*H. Brouse* and *H. P. Biddle,* for the appellant.

*N. R. Lindsay* and *T. J. Harrison,* for the appellee.